:Anita Frances Amaro:,

:Minister :Michael-Jerome: Edwards.

c/o 11703 Beechnut Street, #720105

Houston, Texas [77272]

United States Courts
Southern District of Texas
FILED

NOV 0 4 2025

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## Houston Division

### CAUSE NO. 4:25-cv-04396

### *TO BE ENTERED INTO EVIDENCE*

| | | |
|---|---|---|
| Anita Frances Amaro, Claimant/Creditor/Beneficiary, Minister Michael Jerome Edwards, Trustee/Occupant/Interested Party, and Plaintiffs/Complainants, <br><br> v. <br><br> George C. Hanks, Jr. in his individual capacity for deprivation of rights under color of law, Peter Bray, in his individual capacity for deprivation of rights under color of law, Respondents, | [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ <br> [[ | Non-Negotiable <br><br> "Within the Admiralty" <br><br> "A SECURITY 15 USC" <br><br><br> All rights explicitly reserved as Americans without prejudice. We are not judicial officers, or fee paying B.A.R. Members. We are invoking Article 3 Chancery Jurisdiction. |

SUPPLEMENTAL AMENDMENT TO AMENDED VERIFIED BILL IN EQUITY
AND VERIFIED COMPLAINT IN SUPPORT OF EQUITABLE RELIEF,
RESTITUTION, AND AMOTION

---

Special Appearance in Equity Only
All Rights Reserved Without Prejudice – UCC 1-308

TO THE HONORABLE COURT: Complaints respectfully submit this Supplemental Pleading to join additional parties and plead additional counts arising from the same nucleus of operative facts already before this Court. This supplement integrates with and incorporates by reference the previously-filed Amended Verified Bill in Equity and Verified Complaint in Support of Equitable Relief, Restitution, and Amotion in Case No. 4:25-cv-04396. It adds UNITED STATES as a Plaintiff and several listed defendants and their roles.

Claimants/Beneficiaries Anita-Frances: Amaro and Michael-Jerome: Edwards©, appearing specially, not generally, hereby file this Supplemental Amendment and incorporate all prior filings, affidavits, and notices by reference, including:

- AMENDED VERIFIED BILL IN EQUITY SUPPORTED BY AFFIDAVIT, MEMORANDUM, AND WRIT OF QUO WARRANTO
- AFFIDAVIT SUPPORTING VERIFIED BILL IN EQUITY IN THE FORM OF A AFFIDAVIT
- WRIT OF QUO WARRANTO SUPPORTING VERIFIED BILL IN EQUITY IN THE FORM OF A AFFDAVIT

This amendment supplements and harmonizes the pleadings to ensure all operative facts, defendants, and jurisdictional defects across the interconnected proceedings are presented in complete equity and record form.

I. Additional Respondents and Official Capacities
This Supplemental Amendment formally incorporates the additional Respondents and capacity designations from CAUSE NO. 4:25-cv-04396, including but not limited to:

SUPPLEMENTAL AMENDMENT TO AMENDED VERIFIED BILL IN EQUITY AND VERIFIED COMPLAINT IN SUPPORT OF EQUITABLE RELIEF, RESTITUTION, AND AMOTION
Case No. 1254774 — County Civil Court at Law No. 1, Harris County, Texas
Related Federal Cases: 4:25-cv-02388 & 4:25-cv-04396

Claimants/Beneficiaries Anita-Frances: Amaro and Michael-Jerome: Edwards©, appearing specially, not generally, hereby file this Supplemental Amendment and incorporate all prior filings, affidavits, and notices by reference, including:

This amendment supplements and harmonizes the pleadings to ensure all operative facts, defendants, and jurisdictional defects across the interconnected proceedings are presented in complete equity and record form.
PARTIES, in individual capacity only without judicial immunity
1. Anita Frances Amaro – beneficiary, trust grantor, and secured party creditor under various private and public trust declarations.
2. Michael Jerome Edwards– witness, occupant, and living man asserting protected unalienable rights.

3. UNITED STATES – real party to the public trust corpus pursuant to HR 807, 18 U.S.C. § 8, and Annex-authenticated commercial treaties.

4. JUDGE JIM F. KOVACH – presided over County Civil Court at Law No. 1 in Harris County and issued an October 31, 2025 order denying multiple motions without any findings of fact or conclusions of law. He enforced a void judgment and enabled the issuance and execution of a writ of possession during the pendency of an active removal and constitutional challenge in federal court, in direct violation of 28 U.S.C. § 1446(d). He acted without lawful jurisdiction or standing, failed to recuse in the face of bias, and compounded injury by refusing to preserve the status quo.

5. ASSOCIATE JUDGE JERMAINE THOMAS – opened Case No. 255200219739 without jurisdiction, despite its removal to federal court under 28 U.S.C. § 1446(d) (Case No. 4:25-cv-02388); subsequently closed and then unlawfully reopened the case based on a void recommendation by Magistrate Peter Gray; scheduled a non-jury trial without authority; and issued judgment via Zoom in favor of Keval Patel, having muted Plaintiffs during proceedings without Patel demonstrating standing. Also conducted proceedings without consent, denied fundamental access to the record, and attempted to compel oath contrary to James 5:12. Operating without Oath to Texas Republic and current bonding per Commissioners Court.

6. JUDGE JEFFREY VINCENT BROWN – transfered case back to Houston Division showing bias and denying due process.

9. Teneshia Hudspeth – as Harris County Clerk, enabled unauthorized filings, manipulated real estate filing indexes per the internet to show bias, and created conflicts of interest within Harris County proceedings. Operating without Oath to Texas Republic and current bonding per Commissioners Court.

10. Keval Patel – filed forged and unlawful motions using a law firm unregistered with the Texas Secretary of State, pursued enforcement of void judgments, failed to show standing, and misrepresented court authority.

11. Rosa Bryant – operated as agent for unlawful enforcement while misrepresenting role, identity, and standing, repeatedly appearing in place of Keval Patel to cause irreparable injury.

12. SHERIFF ED GONZALEZ – contracted with Harris County Constable Precinct 5 Place 2 to enforce unconstitutional orders and writs from Justice of the Peace Precinct 5 Place 2, a court absent of due process under color of law and racketeering. Operating without Oath to Texas Republic and current bonding per Commissioners Court.

13. CONSTABLE Terry Allbritton of HARRIS COUNTY PCT 5 – contracted with Harris County Sheriff to enforce unconstitutional orders and writs from Justice of the Peace Precinct 5 Place 2, a court absent of due process under color of law and racketeering. Operating without Oath to Texas Republic and current bonding per Commissioners Court.

14. JUDGE Bob Wolfe – presided over JP Court 5-2, a court of non record and absent due process of law, without lawful record, rendered fraudulent judgment in favor of Rosa Bryant—who appeared improperly on behalf of Bains and Keval Patel without standing—thereby violating due process and exceeding the court's lawful jurisdiction to hear ownership suits. Operating without Oath to Texas Republic and current bonding per Commissioners Court.

15. GURSHARANPREET SINGH BAINS – trespassed and executed void writ without proper authority, notice, or judicial backing.
16. Sammy Hooda – engaged in deceptive conveyance acts and private foreclosure trafficking without standing or consent.
17. DOE DEFENDANTS 1–100 – unknown agents, law enforcement officers, notaries, bond insurers, and other private actors complicit in administrative fraud, civil rights violations, and commercial injury.

II. Integration of County Case No. 1254774 Facts
In addition to federal proceedings previously stated, Respondents in County Court at Law No. 1 Case No. 1254774:

1. Issued and enforced a void Writ of Possession after federal removal in violation of 28 U.S.C. § 1446(d).
2. Muted Plaintiff Anita Amaro and Michael Edwards during Zoom hearings, blocking access to the record and due process.
3. Threatened prosecution and removal under color of law without jurisdiction.
4. Denied Michael Jerome Edwards capacity and rights without legal basis or evidentiary hearing.
5. Reopened a closed case post-recusal relying on void recommendation and opinion to enforce property seizure.
6. Attempted unlawful ejection without surety, authority, jurisdiction, or verified standing.

III. Standing, Removal, and Void-ab-Initio Orders
Orders in Case No. 1254774 are void ab initio where:

- No party proved standing.
- Federal removal was pending and docketed.
- Constitutional challenge was noticed.
- Silence to affidavits stands as confession in equity.

Any act taken after removal violates:

- 28 U.S.C. § 1446(d)
- Kircher v. Putnam Funds Trust, 547 U.S. 633 (2006)
- Nguyen v. United States, 539 U.S. 69 (2003)
- TransUnion LLC v. Ramirez, 594 U.S. 413 (2021)

IV. Additional Constitutional & Civil Rights Violations
Respondents committed additional violations including:

- Deprivation of Rights – 42 U.S.C. § 1983
- Conspiracy – 18 U.S.C. § 241
- Deprivation Under Color of Law – 18 U.S.C. § 242
- False Entries and Judicial Misconduct – 18 U.S.C. § 1001

- Obstruction of Access to Court – 18 U.S.C. § 1509
- RICO Pattern of Collection Under Void Threats – 18 U.S.C. § 1951

V. Equitable Relief Sought
Claimants request:

1. Formal declaration of void orders and writs in Case No. 1254774.
2. Immediate injunction stopping all enforcement actions.
3. Restoration of property and possession rights.
4. Amotion — permanent removal of Respondent officials for breach of oath and trust.
5. Certification of constitutional question to the U.S. Attorney General (already served).
6. Referral for criminal investigation.
7. Equitable restitution, damages, and costs.

VI. 21-Day Self-Executing Clause Reminder
Respondents have 21 days to rebut every paragraph by sworn affidavit or:

- All statements stand as judicial confession
- Tacit agreement perfects in equity
- Liability and commercial schedule attach privately and publicly

VII. Verification
I, Michael-Jerome: Edwards©, and I, Anita-Frances: Amaro©, affirm all above is true, correct, and complete to the best of our knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746(1).

Executed this 4 day of November, 2025.
All Rights Reserved. UCC 1-308

_Anita-Frances: Amaro_
Anita-Frances: Amaro©

by: _Michael-Jerome: Edwards_
Michael-Jerome: Edwards©